UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES O. MOORE,

        Plaintiff,                            Case No.  1:14-CV-375

v.                                          Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

**ORDER ADOPTING**
**REPORT AND RECOMMENDATION**

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action on October 3, 2016.  The Report and Recommendation was duly served on the parties and no objections have been filed pursuant to 28 U.S.C. § 636(b).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed October 3, 2016 (ECF No. 24) is adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney's Fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412 (ECF No. 21) is **GRANTED**.  Plaintiff is hereby awarded attorney's fees in the amount of $5,178.25.


Dated:  November 1, 2016                                /s/ Gordon J. Quist
                                                                            GORDON J. QUIST
                                                         UNITED STATES DISTRICT JUDGE